# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Junior Smith, et al.
                    Plaintiff,

v.                                      Case No.: 1:23–cv–13784
                                              Honorable Lindsay C. Jenkins

Mobile Mini, Inc.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 7, 2024:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Unopposed motion to stay and notice of settlement [15] is granted. The parties report that they have reached a settlement in principle. The current fact discovery deadline of October 15, 2024 is stricken. The parties are to file a status report as to the progress of settlement by March 7, 2024 unless a stipulation of dismissal is filed sooner. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.