# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

Junior Smith, et al., on behalf of himself and all similarly situated individuals,

    Plaintiffs,

vs.

Mobile Mini, Inc., a corporation,

    Defendant.

Case No. 23-cv-13784

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties hereby stipulate to the dismissal of Plaintiffs' individual claims against Defendant, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the Parties to bear their respective costs and fees having arisen from this lawsuit.

Dated: March 5, 2024

Respectfully submitted,

**USA EMPLOYMENT LAWYERS-JORDAN RICHARDS, PLLC**
1800 SE 10th Ave, Suite 205
Fort Lauderdale, Florida 33316
Ph: (954) 871-0050
*Counsel for Plaintiff*

By: */s/ Jordan Richards*
JORDAN RICHARDS, ESQUIRE
Illinois Bar No. 6328923
Jordan@jordanrichardspllc.com
Michael@usaemploymentlawyers.com
Sarah@usaemploymentlawyers.com
Trish@usaemploymentlawyers.com

**FOLEY & LARDNER LLP**
321 North Clark Street, Suite 3000
Chicago, Illinois 60654-5313
Ph: (312) 832-4500
Fax: (312) 832-4700
*Counsel for Defendants*

By: */s/ Patrick J. McMahon*
PATRICK J. MCMAHON, ESQUIRE
Illinois Bar No. 6321105
pmcmahon@foley.com